IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

MAISON PRIVÉ LLC, d/b/a                              CASE NO.  2020-023748-CA-01
PRIVÉ PORTER,

        Plaintiff,

v.

ALI MOGHTADAEI a/k/a
"ALI MAJID" and SEPIDEH
MOAZZANI,

        Defendants,

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan E. Minsker hereby appears as counsel on behalf

of defendants.  This Notice of Appearance replaces and supersedes the Limited Notice of

Appearance filed on April 22, 2021.  Please serve the undersignecd counsel with copies of any

and all pleadings, Orders and other matters filed by the parties and the Court in this matter.

Dated:   April 30, 2021

                              Respectfully submitted,

                              MINSKER LAW PLLC
                              1100 Biscayne Blvd., Ste. 3701
                              Miami, Florida  33132
                              Telephone:  (917) 623-9033

                              /s/ Jonathan E. Minsker
                              Jonathan E. Minsker
                              Florida Bar No. 38120
                              jminsker@minskerlaw.com

                              *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance

was sent via electronic service, on April 30, 2021, to all counsel of record.

MINSKER LAW PLLC
1100 Biscayne Blvd.
Suite 3701
Miami, Florida  33132
Telephone:  (917) 623-9033

/s/ Jonathan E. Minsker
Jonathan E. Minsker
Florida Bar No. 38120
jminsker@minskerlaw.com

*Attorney for Defendants*